STATE of Missouri, Respondent,

v.

Douglas FLYNN, Appellant.

No. WD 47234.

Missouri Court of Appeals, Western District.

Sept. 28, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. Nixon, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM:

Douglas Flynn appeals a conviction of first degree robbery. We affirm the judgment. Rule 30.25(b).